U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 MAY -5 P12:23
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHERILL F. WORTHY,

    Defendant.

Case No. 09-CR- 09 CR-122
[T. 18 U.S.C. §§ 922(a)(6) and (d)(1)]

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about November 13, 2008, at West Milwaukee, in the State and Eastern District of Wisconsin,

SHERILL F. WORTHY,

in connection with the acquisition of a firearm from a licensed dealer, knowingly made a false statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm. The false statement was that she was the actual buyer/transferee of an Armscor Model M206, .38 caliber revolver with serial number AP236583 when, as the defendant well knew, the actual buyer/transferee of that revolver was James Funches.

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about November 16, 2008, at Milwaukee, in the State and Eastern District of Wisconsin,

SHERILL F. WORTHY

disposed of a firearm by giving it to James Funches knowing and having reasonable cause to believe that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year. The firearm was an Armscor Model M206, .38 caliber revolver with serial number AP236583.

All in violation of Title 18, United States Code, Section 922(d)(1).

A TRUE BILL:

FOREPERSON

Dated: 5/5/09

*[signature]*

MICHELLE L. JACOBS
Acting United States Attorney